UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEAH HEILPRIN** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-2971** |
| **TONTI MANAGEMENT CO. LLC, ET AL.** | **SECTION I** |

### ORDER OF DISMISSAL

Before the Court is the plaintiff's "consent motion to stay all deadlines" in this case, which states that the parties "have reached an agreement in principle to settle this matter. The parties anticipate finalizing their settlement promptly."[1] Counsel subsequently confirmed that there is no objection to dismissing this matter without prejudice to its being reopened should a compromise not be finalized.

Accordingly,

**IT IS ORDERED** that the consent motion is **GRANTED IN PART** insofar as the scheduling order is suspended while the case is dismissed.

**IT IS FURTHER ORDERED** that the above-captioned action be and hereby is **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, within a reasonable time, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for

---

[1] R. Doc. No. 63, at 1.

all purposes, including enforcing the settlement agreement entered into by the parties.

    New Orleans, Louisiana, April 23, 2021.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**
